IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:11CR172 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ABDIRAHMAN FARAH MOHAMED, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on the defendant's motion to disqualify a translator as a witness, Filing No. 40. The defendant contends that the government's refusal to identify its translator violates the defendants right to confrontation. The court finds that a balance between considerations of witness safety and the defendant's right to cross examine can be achieved by entering a protective order that allows defense counsel to learn the true name of the witness, but prohibits defense counsel from disclosing the identity to others. *See, e.g., United States v. El-Mezain*, — F.3d —, —, 2011 WL 6058592, *8-*12. (5th Cir. Dec. 27, 2011). Accordingly,

IT IS ORDERED:

1. The government shall disclose the true name of the translator to defense counsel Jessica Douglas.

2. Defense counsel Jessica Douglas shall not disclose the name of that witness to others, including the defendant.

DATED this 20th day of January, 2012.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE